IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
LEWISBURG DIVISION

| | |
|---|---|
| CEDRIC TYRONE WALKER, ET AL., PLAINTIFF, | 1:17-cv-1938 |
| v. | CIVIL COMPLAINT CIVIL ACTION NO. 1;17-cv-1167- |
| P.RAMIREZ, et al., FOOD SERVER, AMY SCHOONOVER, NURSE, JEANA MITTERLING, RN, DEFENDANTS, | (Rambo, J.) TRAIL BY JURY |

FILED
SCRANTON
OCT 2 3 2017
PER _____
DEPUTY CLERK

I. JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 2� U.S.C. Section 1331 and 1343 (a) (3). Plaintiff seeks declaratory relief pursuant to 2� U.S.C. Section 2201 and 2202. Plaintiff claims for injunctive relief are authorized by 2� U.S.C. Section 22�3 & 22�4 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Middle District of Pennsylvania is an appropriate venue under 2� U.S.C. Section 1391 (b) (2) because it is where the events giving rise to this claim occurred.

II. PLAINTIFF

3. Plaintiffs, CEDRIC TYRONE WALKER, is and was at all times mentioned herein a prisoner of the State of Pennsylvania in the custody of the Pennsylvania Department of Justice. He is currently confined in Federal Correctional Complex- U.S.P. 1, K-UNIT, P.O. Box 1033, in Coleman, Florida 33521-1033.

III. DEFENDANTS

4. Defendant, Harley G. Lappin is the Director / Commissioner John Showers of the Stae of Pennsylvania Department of Justice. He is legally responsible for the overall operation of the Department and each institution under its jurisdictio, including Federal Correctional Complex- U.S.P. 1.

5. Defendant, David J. Ebbert, et al. is the Warden / Superintendent, Dr. Steven Skalka of U.S.P. Lewisburg. He is legally responsible for the operation of U.S.P. Lewisburg and the welfare of all the inmates in that prison.

6. Defendant, P.Ramirez, et al. is a food supervisor of the Pennsylvania Department of Justice who at all times mentioned in this complaint, held the rank of FOOD ADMINISTRATION SERVICE and was assigned to U.S.P. Lewisburg.

7. Each defendant is sued individually and in his / her official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

## III. FACTS

8. On November 29th, 2016, I was escorted to the quarantine unit for inmates having syptoms associated with food poisoning I was vomiting had violent diahrea hot and cold spells accompained by fever aches, pains blood in my stool and inability to retain any fliuds which caused dehydration and the need for IV's. Food administration, Warden staff and medical staff were negligent in their handling of the outbreaks. Two weeks prior inmates on my tier became sick with these same syptoms and were treated by medical staff the above mentioned were deliberately indifferent failing to respond appropriately to the whole population was receiving food properly prepared and served under sanitary conditions they failed in their duties which led to a wide spread outbreak that could have been thwarted had they shut down the kitchen the week for veterans day when they first became aware of the syptoms. Negligence; Salmonella poisoning, vomiting, diahrea, nauseau, hot and cold sweats, fever blood in stool, dehydration body aches and pains inability to hold bowels for 10 days.

9. "Upon information and belief" Salmonella outbreak confirmed through 42 culture positive specimens. Labs canceled due to treatment of each subsequent syptomatic case as positive.

10. "Exhibit A, Affidavit," "Exhibit B, Medical records," and "Exhibit C, Bp-11 Part B response."

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

11. Plaintiff CEDRIC TYRONE WALKER used the prisoner grievance procedure available at U.S.P. Lewisburg to try and solve the problem. On or about December 14, 2016 plaintiff CEDRIC TYRONE WALKER presented the facts relating to this complaint. On January 23, 2017, CEDRIC TYRONE WALKER was sent an extension saying resonse was due by February 8, 2017. On March 21, 2017, CEDRIC TYRONE WALKER was sent a response saying that the grievance has been denied. On February 3, 2017 he appealed the denial of the grievance.

## V. LEGAL CLAIMS

12. Plaintiff reallege and in corprate by reference to the paragraps 1-11 or however many paragraphs the first four sections took.

13. The Negligence; Salmonella poisoning, vomiting, diahrea, nauseau, hot and cold sweats, fever blood in stool, dehydration body aches and pains inability to hold bowels for 10 days violated plaintiff CEDRIC TYRONE WALKER's rights and constituted Cruel And Unusual Punishment under the 8th Amendment to the United States Constitution.

14. The plaintiff has no plain, adquqte or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks. **SEE BP-11 ADMINISTRATIVE REMEDY PART B - RESPONSE.**

## VI. PRAYER OF RELIEF

**WHEREFORE,** Plaintiff respectfully prays that this court enter judgment granting plaintiff:

15.  A daclaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

16.  Apreliminary and permanent injunction ordering defendants P. RAMIREZ, et al., AMY SCHOONOVER, and JEANAN MITTERLING to pay for my paralegal, and type specialist.

17.  Compensatory damages in the amount of $ 20,000 against each defendant, jointly and severall.

18.  Punitive damages in the amount of $ 20,000 against each defendant.

19.  A jury trial on all issues triable by jury.

20.  Plaintiff's costs in this suit.

21.  Any additional relief this court deems just, proper, and equitable.

Dated: 10-17-17

Respectfully Submitted,
CEDRIC TYRONE WALKER
F.C.C. COLEMAN-1 U.S.P.
P.O. BOX 1033
COLEMAN, FL 33521-1033

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at COLEMAN, FL on October 17, 2017

s/ *Cedric T. Walker*
CEDRIC TYRONE WALKER

**U.S. Department of Justice**
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: WALKER, CEDRIC T.    #77071-279    C-UNIT    USP-LEWISBURG
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

(Line 8)
On Nov. 29th I was escorted to the quarantine unit for inmates having syptoms associated with food poisoning I was vomiting, had violent diahrea hot and cold spells accompained by fever aches, pains blood in my stool and an inability to retain any fluids which caused dehydration and the need for IV's. Food administration, Wardens staf and medical staff were negligent in their handling of these outbreaks. Two weeks prior inmates on my tier became sick with these same syptoms and were treated by medical staff the above mentioned were deliberatly indifferent failing to respond appropriately to the whole population was receiving food properly prepared and ser under sanitary conditions they failed in their duties which led to a wide spread outbreak that could have been thwa ed had they shut down the kitchen the week of veterans day when they first became aware of the syptoms. This reque would be appreciated please take my request into consideration.

(Line 10)
Negligence, Salmonella poisoning, vomiting, diahrea, n aches and pains inability hold bowels, for 10 days. (I

2-3-17     See BP-10 Regi
DATE

sweats, fever blood in stool, dehydration b

M. Cedric Walker
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

---

DATE                            GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE      CASE NUMBER: 886735-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE            SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN      PRINTED ON RECYCLED PAPER      BP-231(13)

Federal Correctional Complex - U.S.P. 1, K-UNIT
P.O. Box 1033
Coleman, Fl   33521-1033

RECEIVED
SCRANTON
OCT 2 3 2017
PER_____ DEPUTY CLERK

Clerk of the Court
Peter J. Welsh
Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA  18501-1148