# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CEDRIC TYRONE WALKER,** | : | |
| Plaintiff | : | |
| | : | No. 1:17-CV-01938 |
| v. | : | |
| | : | (Judge Rambo) |
| **P. RAMIREZ, et al.** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 7th day of June 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss, or, for summary judgment (Doc. No. 16), is **GRANTED** and all individually named Defendants are **DISMISSED** from this action with prejudice;

2. The Clerk of Court is directed to **CLOSE** this case.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge